Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jesse Meyer

vs

QUALCOMM Incorporated

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0655 WQH LSP

FILED
08 APR 10 PM 3: 55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan Himmelfarb
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, CA 90058

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____ W. Samuel Hamrick, Jr. _____        _____ APR 10 2008 _____
CLERK                                                          DATE

By  J. PARIS (SEAL) , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)