FILED
08 APR 16 PM 3:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Alan Himmelfarb, Bar No: 90480    (323) 585-8696
LAW OFFICE OF ALAN HIMMELFARB
2757 Leonis Blvd.
Vernon, CA 90058

Representing: Plaintiff    File No.none

United States District Court

Southern District of California

**BY FAX**

Jessie Meyer

        Plaintiff/Petitioner

        vs.

Qualcomm Inc.

        Defendant/Respondent

Case No: 08 CV 0655 WQH CAB

Proof of Service of:
    Complaint, Civil Case Cover Sheet, Summons

Service on:
    Qualcomm, Inc.

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6660372

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Alan Himmelfarb, 90480<br>LAW OFFICE OF ALAN HIMMELFARB<br>2757 Leonis Blvd.<br>Vernon, CA 90058 | (323) 585-8696 | |
| | Ref. No. or File No.<br>none | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:
Jessie Meyer

DEFENDANT:
Qualcomm Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV 0655 WQH CAB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons

2. Party Served:            Qualcomm, Inc.

3. Person Served:           CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: April 11, 2008        2:07 pm

**BY FAX**

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
                            SACRAMENTO, CA 95833

6. Manner of Service:       Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on April 11, 2008 at Sacramento, California.

Signature: _____
Tyler Dimaria

FF# 6660372