# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Case Name: **Meyer v. Qualcomm Incorporated** | Case Number: | **08cv0655-WQH (CAB)** |
| Hon. Cathy Ann Bencivengo | Ct. Deputy Lori Hernandez | Rptr. Tape: |

Magistrate Judge Cathy Ann Bencivengo hereby recuses from the above-entitled matter and requests that another magistrate judge be assigned.

Date:    April 23, 2008

Initials: MA