| | |
|---|---|
| 1 | EVAN R. CHESLER (*pro hac vice* to be filed) |
|   | PETER T. BARBUR (*pro hac vice* to be filed) |
| 2 | ELIZABETH L. GRAYER (*pro hac vice* to be filed) |
|   | CRAVATH, SWAINE & MOORE LLP |
| 3 | 825 Eighth Avenue |
|   | New York, NY 10019 |
| 4 | Telephone: (212) 474-1000 |
|   | Facsimile: (212) 474-3700 |
| 5 | |
|   | WILLIAM S. BOGGS (Bar No. 053013) |
| 6 | BRIAN A. FOSTER (Bar No. 110413) |
|   | TIMOTHY S. BLACKFORD (Bar No. 190900) |
| 7 | **DLA PIPER US LLP** |
|   | 401 B Street, Suite 1700 |
| 8 | San Diego, CA 92101-4297 |
|   | Telephone: (619) 699-2700 |
| 9 | Facsimile: (619) 699-2701 |
| 10 | Attorneys for Defendant |
|    | QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated, | Case No. 08cv0655-WQH (CAB) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, | |
| Defendant. | |

Brian A. Foster hereby enters his appearance on behalf of Defendant Qualcomm Incorporated, in the above-entitled case.

Dated: April 24, 2008          DLA PIPER US LLP

By /s/ Brian A. Foster

Attorneys for Defendant
QUALCOMM INCORPORATED
brian.foster@dlapiper.com