1  EVAN R. CHESLER (*pro hac vice* to be filed)
   PETER T. BARBUR (*pro hac vice* to be filed)
2  ELIZABETH L. GRAYER (*pro hac vice* to be filed)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  **DLA PIPER US LLP**
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: (619) 699-2700
9  Facsimile: (619) 699-2701

10 Attorneys for Plaintiff Defendant
   QUALCOMM INCORPORATED
11

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (CAB)<br><br>**PROOF OF SERVICE** |

DLA PIPER US LLP
SAN DIEGO

SD\1815729.1                                            08 CV 0655 WQH(CAB)

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On April 24, 2008, I served the within documents:

**Notice of Appearance**

[X]  by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

[ ]  by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[ ]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Alan Himmelfarb, Esq.  
KamberEdelson, LLC  
2757 Leonis Blvd.  
Los Angeles, CA 90058  
(323) 585-8696  
ahimmelfarb@kamberedelson.com

Jay Edelson, Esq.  
Eathan Preston, Esq.  
KamberEdelson, LLC  
The Monadnock Building  
53 West Jackson, Suite 550  
Chicago, IL 60604  
(312) 589-6370

Karin E. Fisch, Esq.  
Orin Kurtz, Esq.  
Abbey Spanier Rodd & Abrams, LLP  
212 East 39th Street  
New York, NY 10016  
(212) 889-3700

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

     Executed on April 24, 2008, at San Diego, California.

_____
Debby Brady

-2-

DLA PIPER US LLP
SAN DIEGO

SD\1815729.1

08 CV 0655 WQH(CAB)