1  EVAN R. CHESLER (*pro hac vice* to be filed)
   PETER T. BARBUR (*pro hac vice* to be filed)
2  ELIZABETH L. GRAYER (*pro hac vice* to be filed)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  **DLA PIPER US LLP**
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: (619) 699-2700
9  Facsimile: (619) 699-2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

               UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (CAB)<br><br>**NOTICE OF APPEARANCE** |

Christopher J. Beal hereby enters his appearance on behalf of Defendant Qualcomm Incorporated, in the above-entitled case.

Dated: April 24, 2008          DLA PIPER US LLP

                               By /s/ Christopher J. Beal
                               _____

                                  Attorneys for Defendant
                                  QUALCOMM INCORPORATED
                                  cris.beal@dlapiper.com