1  EVAN R. CHESLER (*pro hac vice*)
   PETER T. BARBUR (*pro hac vice*)
2  ELIZABETH L. GRAYER (*pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: (619) 699-2700
9  Facsimile: (619) 699-2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (LSP)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE REPLY**<br><br>Judge:    Hon. William Q. Hayes |

Defendant Qualcomm Incorporated ("Qualcomm"), in accordance with Civil Local Rules 7.2 and 12.1, jointly moves the Court with Plaintiff Jesse Meyer ("Meyer") to enter an Order extending Qualcomm's time for filing its Answer, motion or other responsive pleading to Meyer's Class Action Complaint ("Complaint"), to Monday, June 2, 2008. In support of this joint motion, Qualcomm states as follows:

1. Meyer filed the Complaint on Thursday, April 10, 2008, and subsequently served the Complaint on Qualcomm on Friday, April 11, 2008.

2. Qualcomm's Answer is presently due on Thursday, May 1, 2008.

3. Qualcomm has not previously requested an extension of time in this case.

4. Meyer does not oppose the requested extension of time.

5. For the reasons set forth in Qualcomm's Letter to the Court, dated April 17, 2008, and Qualcomm's Notice of Related Case, dated April 17, 2008, Qualcomm plans to file a Motion to Transfer this case to the United States District Court for the District of New Jersey on May 1, 2008. This extension will allow Qualcomm sufficient opportunity to respond to the Complaint in accordance with Fed. R. Civ. P. 12.

6. This Court has the authority, "for good cause shown", to order an extension of time "with or without motion or notice". Fed. R. Civ. P. 6(b)(1)(A). Pursuant to the Local Rules of this Court:

> "Extensions of time for answering, or moving to dismiss a complaint shall only be secured by obtaining the approval of a judicial officer, who shall base the decision on a showing of good cause."

Civil Local Rule 12.1; s*ee also Credon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947) ("Extensions always may be asked for, and usually are granted upon a showing of good cause, if timely made.").

WHEREFORE, for good cause shown, Qualcomm respectfully requests the Court to enter an Order extending the time for Qualcomm to answer, move or otherwise reply to June 2, 2008.

Dated:  April 30, 2008                DLA PIPER US LLP

By /s/ William S. Boggs

william.boggs@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur

Attorneys for Defendant
QUALCOMM INCORPORATED

/////

/////

| | | |
|---|---|---|
| 1 | Dated: April 30, 2008 | KAMBEREDELSON, LLC |
| 2 | | |
| 3 | | By /s/ Alan Himmelfarb |
| 4 | | ahimmelfarb@kamberedelson.com |
| 5 | | KAMBEREDELSON, LLC<br>Jay Edelson<br>Ethan Preston |
| 6 | | |
| 7 | | ABBEY SPANIER RODD & ABRAMS, LLP<br>Karin E. Fisch<br>Orin Kurtz |
| 8 | | |
| 9 | | Attorneys for Plaintiff<br>JESSE MEYER |

11  **Certification regarding signatures:** I hereby attest that all of the signatories to this document

12  have approved its content.

14                                          By:  /s/ William S. Boggs