1  EVAN R. CHESLER (*pro hac vice*)
   PETER T. BARBUR (*pro hac vice*)
2  ELIZABETH L. GRAYER (*pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA  92101-4297
   Telephone:  (619) 699-2700
9  Facsimile:  (619) 699-2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12            UNITED STATES DISTRICT COURT

13           SOUTHERN DISTRICT OF CALIFORNIA

14 JESSE MEYER, an individual, on his own       Case No. 08cv0655-WQH (LSP)
   behalf and on behalf of all similarly
15 situated,                                     **QUALCOMM INCORPORATED'S
                                                 NOTICE OF MOTION AND MOTION TO
16            Plaintiff,                         TRANSFER**

17       v.                                      **NO ORAL ARGUMENT UNLESS
                                                 REQUESTED BY THE COURT**
18 QUALCOMM INCORPORATED, a
   Delaware corporation,                         Date:    June 2, 2008
19                                               Time:    11:00 a.m.
            Defendant.                           Judge:   Hon. William Q. Hayes
20

21

22        PLEASE TAKE NOTICE that on Monday, June 2, 2008 at 11:00 a.m., or as soon

23 thereafter as counsel may be heard, Defendant Qualcomm Incorporated will and hereby does

24 move the Court for an order transferring this action to the United States District Court for the

25 District of New Jersey.

26 /////

27 /////

28 /////

DLA PIPER US LLP
   SAN DIEGO

1    The motion is based upon this Notice of Motion and Motion, the supporting Declaration

2    of Duane L. Loft and the supporting Memorandum of Points and Authorities filed concurrently

3    herewith, and upon such other matters as the Court deems proper.

4

5    Dated:  May 1, 2008                          DLA PIPER US LLP

6                                                 By /s/ William S. Boggs

7                                                     william.boggs@dlapiper.com

8                                                 CRAVATH, SWAINE & MOORE LLP
                                                 Evan R. Chesler
9                                                 Peter T. Barbur
                                                 Elizabeth L. Grayer
10
                                                 Attorneys for Defendant
11                                               QUALCOMM INCORPORATED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SD\1817225.1                              -2-                    08cv0655-WQH (LSP)