William J. O'Shaughnessy (WJO 5256)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
Karin A. DeMasi
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
**CONRAD O'BRIEN GELLMAN & ROHN, P.C.**
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>                    Plaintiff.<br><br>       v.<br><br>QUALCOMM INCORPORATED,<br><br>                    Defendant. | Civil Action No. 05-3350 (MLC) |

**QUALCOMM INCORPORATED'S AMENDED AND SUPPLEMENTAL
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

**EXHIBIT** 3 PAG 167

Defendant QUALCOMM Incorporated ("Qualcomm") hereby submits the following amended initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. The following amended and supplemental initial disclosures are intended to supersede Qualcomm Incorporated's Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, dated October 28, 2005. Qualcomm has not fully completed its investigation into its claims and/or defenses herein and makes these disclosures based solely on information reasonably available to it to date and reserves the right to amend or further supplement these disclosures. Qualcomm makes these disclosures subject to, and without waiver of, any attorney-client, work product or other applicable privileges or immunities.

**A.i.   The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following individuals may have discoverable information, relating to the bracketed subjects, that Qualcomm may use to support its defenses herein.

Qualcomm provides each individual's current position:[1]

1.    Derek Aberle
      *Vice President & General Manager, CDMA Licensing*
      QUALCOMM Incorporated
      5775 Morehouse Drive
      San Diego, CA 92121
      Phone: (858) 587-1121
      [Qualcomm's licensing discussions with Broadcom; Qualcomm licensing practices and policies; Licensing practices of wireless communications and video technology industry participants]

---

[1] All persons whose names are underlined are current or former employees of Qualcomm. All communications with those individuals should be made only through Qualcomm counsel.

2

EXHIBIT __3__ PAGE __168__

2.  Avneesh Agrawal
    *Senior Vice President, Engineering*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's acquisition of Flarion and research and development
    activities; Qualcomm's development of OFDMA technology]

3.  Jeff Altman
    *Sr. Director, Business Development*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's licensing discussions with Broadcom]

4.  Steve Altman
    *President*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's competitive position, business strategy, and licensing
    practices and policies; European Telecommunications Standards Institute
    ("ETSI") selection of WCDMA for the UMTS standard; Qualcomm's
    licensing discussions with Broadcom; Licensing practices of wireless
    communications and video technology industry participants]

5.  Cristiano Amon
    *Sr. Vice President, Product Management*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Marketing of Qualcomm's WCDMA chipset products; Relative merits of
    wireless solutions provided by Broadcom, Qualcomm and other third party
    wireless communications industry participants]

6.  Niels Peter Skov Andersen
    *Vice President, Technical Standards*
    QUALCOMM Denmark
    Lxvparken 14
    DK Roskilde
    Phone: 45-4018-4793
    [ETSI, including, Qualcomm's participation in and commitments to ETSI;
    ETSI's selection of WCDMA for the UMTS standard]

3

EXHIBIT 3 PAGE 169

7.   Kent Baker
     *Vice President, Patent Counsel*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [ETSI's selection of WCDMA for the UMTS standard; Qualcomm's IPR
     disclosures; Content of relevant IPR policies of standards development
     organizations; Industry practice with regard to IPR disclosure and the
     making of FRAND commitments to standards development organizations]

8.   Yiliang Bao
     *Engineer, Sr. Staff Manager*
     QUALCOMM Incorporated
     10145 Pacific Heights Blvd.
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to the Joint Video Team
     ("JVT")]

9.   Jeff Belk
     *Senior Vice President, Marketing*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of and competition in wireless communications technology,
     including industry trends]

10.  Paul Bender
     *Sr. Vice President, Technology*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Wireless communications technologies; Qualcomm's research and
     development activities]

EXHIBIT___3___ PAGE 170

11.  Liat Ben-Zur
     *Director, Business Development*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's WCDMA chipset business, including competitive position
     and business strategy; Business reputation of Broadcom; Relative merits
     of wireless solutions offered by Qualcomm, Broadcom and third party
     wireless communications industry participants]

12.  Peter Black
     *Sr. Vice President, Technology*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Wireless communications technologies; Qualcomm's research and
     development activities]

13.  Marv Blecker
     *President, Qualcomm Technology Licensing*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm licensing practices and policies; Qualcomm's licensing
     discussions with Broadcom; Licensing practices of wireless
     communications and video technology industry participants]

14.  Kirk Burroughs
     *Engineer, Principal*
     QUALCOMM Incorporated
     675 Campbell Technology Parkway
     Campbell, CA 95008
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to ETSI]

EXHIBIT __3__ PAGE __171__

15. <u>David Bush</u>
*Sr. Vice President, Sales*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's WCDMA chipset business, including competitive position
and business strategy; Qualcomm's sales and pricing of WCDMA chipset
products; Qualcomm's efforts to meet customers' demand for WCDMA
chipsets]

16. <u>Lorenzo Casaccia</u>
*Sr. Staff Engineer*
QUALCOMM Italy
Via Tirso #6, 3rd Floor
Rome, Italy 00198
Phone: 39-06-49-218121
[Qualcomm's participation in and commitments to ETSI]

17. <u>James Clifford</u>
*Senior Vice President & General Manager, Operations*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's efforts to meet customers' demand for chipsets]

18. <u>Gregory Cobb</u>
*Vice President and Assistant General Manager, Technology Licensing*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm licensing practices and policies; Qualcomm's licensing
discussions with Broadcom]

19. <u>William ("Bill") Davidson</u>
*Sr. Vice President, Global Marketing and Investor Relations*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Marketing of and competition in wireless communications technology,
including industry trends]

6

EXHIBIT 3 PAGE 172

20.  Sean English
     *Vice President, Legal Counsel*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's IPR disclosures]

21.  Mark Epstein
     *Senior Vice President, Development*
     QUALCOMM Incorporated
     9209 Fox Meadow Lane
     Potomac, MD 20854
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to IEEE]

22.  Mark Frankel
     *Vice President, Product Management*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of Qualcomm's WCDMA chipset products; Relative merits of
     wireless solutions provided by Broadcom, Qualcomm and other third party
     wireless communications industry participants]

23.  Harinath Garudardri
     *Engineer, Sr. Staff Manager*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's analysis of its IPR with respect to JVT standards]

24.  Andrew Gilbert
     *Sr. Vice President, President, Qualcomm Europe*
     QUALCOMM Incorporated
     Waterfront 4th floor
     Hammersmith Embankment
     Chancellors Road
     London, W6 9RU
     Phone: 44-7909-910517
     [Qualcomm's competitive position, business strategy, and licensing
     practices]

7

EXHIBIT __3__ PAGE 143

25.  Klein Gilhousen
     *Sr. Vice President, Technology*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Wireless communications technologies]

26.  Olivier Glauser
     *Sr. Director, Business Development*
     Former Employee
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [ETSI's selection of WCDMA for the UMTS standard]

27.  Jin Guo
     *Director, Technical Marketing*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of and competition in wireless communications technology,
     including industry trends]

28.  Michael Hartogs
     *Sr. Vice President, Div. Counsel (Qualcomm Technology Licensing)*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm licensing practices and policies; Qualcomm's licensing
     discussions with Broadcom; Licensing practices of wireless
     communications and video technology industry participants; Content of
     relevant IPR policies of standards development organizations]

29.  Chris Irvine
     *Principal Engineer (QTC/QDM/QGOV)*
     QUALCOMM Incorporated
     Non-Qualcomm Site
     Phone: (858) 651-3425
     [Qualcomm's analysis of its IPR with respect to JVT standards]

EXHIBIT 3 PAUL 144

30.    Jordan Isailovic
       *Consultant*
       QUALCOMM Incorporated
       P.O. Box 17516
       Anaheim, CA 92807
       Phone: (858) 587-1121
       [Qualcomm's participation in and commitments to JVT]

31.    Irwin Jacobs
       *Chairman*
       QUALCOMM Incorporated
       5775 Morehouse Drive
       San Diego, CA 92121
       Phone: (858) 587-1121
       [History of Qualcomm, CDMA and wireless communications]

32.    Paul Jacobs
       *Chief Executive Officer*
       QUALCOMM Incorporated
       5775 Morehouse Drive
       San Diego, CA 92121
       Phone: (858) 587-1121
       [Qualcomm's competitive position and business strategy]

33.    Sanjay Jha
       *Executive Vice President and Group President, Qualcomm CDMA
       Technologies*
       QUALCOMM Incorporated
       5775 Morehouse Drive
       San Diego, CA 92121
       Phone: (858) 587-1121
       [Qualcomm's WCDMA chipset business, including competitive position,
       business strategy, and WCDMA chipset features; Marketing of
       Qualcomm's WCDMA chipset products; Qualcomm's research and
       development activities; Relative merits of wireless solutions provided by
       Broadcom, Qualcomm and other third party wireless communications
       industry participants; Business reputation of Broadcom]

34.    Tingfang Ji
       *Engineer, Staff Manager*
       QUALCOMM Incorporated
       6965 Lusk Blvd
       San Diego, CA 92121
       Phone: (858) 587-1121
       [Qualcomm's development of OFDMA technology]

EXHIBIT 3 PAGE 175

35.  Alex Katouzian
     *Vice President, Product Management*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of Qualcomm's WCDMA chipset products; Relative merits of
     wireless solutions provided by Broadcom, Qualcomm and other third party
     wireless communications industry participants; Business reputation of
     Broadcom]

36.  Farrokh Khatibi
     *Director, Engineering (QSE)*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to IEEE]

37.  Mark Klerer
     *Sr. Director, Technology*
     QUALCOMM Incorporated
     500 Somerset Corporate Blvd.
     Bridgewater, NJ 08807
     Phone: (908) 443-8092
     [Qualcomm's participation in and commitments to IEEE]

38.  Warren Kneeshaw
     *Vice President, Finance*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's analysis of the costs to carriers of switching between
     wireless communications standards]

39.  Anil Kripalani
     *Sr. Vice President, Global Tech. Affairs*
     Former Employee
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone:  (858) 587-1121
     [ETSI's selection of WCDMA for the UMTS standard]

10

EXHIBIT __3__ PAGE __146__

40.  James Lederer
     *Senior Vice President, Finance*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Pricing and costs of Qualcomm's WCDMA chipset products]

41.  Louis Lupin
     *Legal Consultant, former Executive Vice President, General Counsel*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's licensing discussions with Broadcom; Qualcomm licensing
     practices and policies; ETSI's selection of WCDMA for the UMTS
     standard; Qualcomm's IPR disclosures; Content of relevant IPR policies
     of standards development organizations]

42.  Clint McClellan
     *Sr. Director, Marketing*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of and competition in wireless communications technology,
     including industry trends]

43.  Sanjay Mehta
     *Vice President, Finance*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Pricing, costs and sales of Qualcomm's WCDMA chipset products;
     Qualcomm's efforts to meet customers' demand for WCDMA chipsets]

44.  Max Miyazono
     *Sr. Manager, Technical Marketing (CTR)*
     Former Employee
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of and competition in wireless communications technology,
     including industry trends]

11

EXHIBIT __3__ PAGE __147__

45.  Ayman Naguib
     *Sr. Staff Engineer (CORP R&D SYS Engineering)*
     QUALCOMM Incorporated
     6965 Lusk Blvd.
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to IEEE]

46.  Sanjiv Nanda
     *Sr. Director, Engineering (Corporate System Engineering)*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to JVT]

47.  Andy Oberst
     *Vice President, Business Strategy*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's WCDMA chipset business, including competitive position
     and business strategy; Business reputation of Broadcom; Relative merits
     of wireless solutions provided by Broadcom, Qualcomm and other third
     party wireless communications industry participants]

48.  Roberto Padovani
     *Executive Vice President and Chief Technology Officer*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Wireless communications technologies; Qualcomm's research and
     development activities; History of Qualcomm, CDMA and wireless
     communications]

EXHIBIT  3  PAGE 178

49. Luis Pineda
*Senior Vice President, Marketing and Product Management*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's WCDMA chipset business, including competitive position and business strategy; Marketing of Qualcomm's WCDMA chipset products; Relative merits of wireless solutions provided by Broadcom, Qualcomm and other third party wireless communications industry participants]

50. Gene Ratliffe
*Sr. Manager, Finance*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone:  (858) 587-1121
[Pricing, costs and sales of Qualcomm's WCDMA chipset products; Qualcomm's efforts to meet customers' demand for WCDMA chipsets]

51. Viji Raveendran
*Sr. Staff Engineer (QDM & QCT)*
QUALCOMM Incorporated
10145 Pacific Heights Blvd
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's participation in and commitments to JVT; Qualcomm's analysis of its IPR with respect to JVT standards]

52. Yuriy Reznik
*Staff Engineer*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's participation in and commitments to JVT]

13

EXHIBIT 3   PAGE 149

53. Hank Robinson
    *Vice President, Sales*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's sales and pricing of WCDMA chipset products and
    Qualcomm's efforts to meet customers' demand for WCDMA chipsets]

54. Thomas Rouse
    *Vice President, Chief Patent Counsel*
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's IPR disclosures]

55. Phoom Sagetong
    *Staff Engineer (Corp. R&D)*
    Former Employee
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's participation in and commitments to JVT]

56. Donald Schrock
    *Executive Vice President, QCT*
    Former Employee
    QUALCOMM Incorporated
    5775 Morehouse Drive
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's WCDMA chipset business, including competitive position
    and business strategy]

57. Amnon Silberger
    *Sr. Staff Engineer (QDM/MFT)*
    QUALCOMM Incorporated
    9940 Barnes Canyon Rd
    San Diego, CA 92121
    Phone: (858) 587-1121
    [Qualcomm's participation in and commitments to JVT; Qualcomm's
    analysis of its IPR with respect to JVT standards]

EXHIBIT 3 PAGE 180

58. <u>Kevin Thompson</u>
*Vice President, Sales Operations*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's efforts to meet customers' demand for WCDMA chipsets]

59. <u>Edward Tiedemann</u>
*Senior Vice President, Engineering*
QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's participation in and commitments to ETSI and IEEE;
ETSI's selection of WCDMA for the UMTS standard; Content of relevant
IPR policies of standards development organizations]

60. <u>James Tomcik</u>
*Director Engineering*
QUALCOMM Incorporated
5665 Morehouse Drive
San Diego, CA 92121
Phone: (858) 587-1121
[Qualcomm's participation in and commitments to the IEEE]

61. <u>Stephane Tronchon</u>
*Legal Counsel*
QUALCOMM France
40 Rue d'Oradour sur Glane
1st and 4th floors
Paris, 75015
Phone: 33-4-92-96-91-16
[ETSI's selection of WCDMA for the UMTS standard; Qualcomm's
processes and practices for determining whether and when to disclose
patents to standards development organizations; Content of relevant IPR
policies of standards development organizations; Industry practice with
regard to IPR disclosure and the making of FRAND commitments to
standards development organizations]

62. Jerry Upton
*Consultant*
317 North Meacham
Park Ridge, IL 60068
Phone: (847) 772-4800
[Qualcomm's participation in and commitments to the IEEE]

15

EXHIBIT 3 PAGE 181

63.  Herbert Vanhove
     *Vice President, Product Management*
     QUALCOMM Incorporated
     Waterfront 4th floor
     Hammersmith Embankment
     Chancellor's Road
     London, W6 9RU
     Phone: 44-20-8237-7123
     [Qualcomm's participation in and commitments to ETSI]

64.  Tom Wasilewski
     *Sr. Director Government Affairs*
     QUALCOMM Incorporated
     2001 Pennsylvania Ave, NW
     Suite 650
     Washington, DC 20006-1850
     Phone: (202) 263-0028
     [Qualcomm's participation in and commitments to the IEEE]

65.  Serge Willenegger
     *Sr. Director, Technology*
     QUALCOMM Switzerland
     Vignes-Dessous
     1425 ONNENS
     Switzerland
     Phone: 41-244-363541
     [Qualcomm's participation in and commitments to ETSI; ETSI's selection
     of WCDMA for the UMTS standard]

66.  David Wise
     *Vice President, Finance*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's acquisition of Flarion]

67.  Charles ("Chuck") Wheatley
     *Sr. Vice President, Technology*
     QUALCOMM Incorporated
     5665 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [History of Qualcomm, CDMA and wireless communications; Wireless
     communications technologies]

16

EXHIBIT __3__ PAGE __182__

68.  Rao Yallapragada
     *Sr. Director Technical Marketing*
     QUALCOMM Incorporated
     6965 Lusk Blvd
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Marketing of and competition in wireless communications technology,
     including industry trends]

69.  Jay Yun
     *Staff Engineer (QDM & QCT)*
     QUALCOMM Incorporated
     10145 Pacific Heights Blvd
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to JVT; Qualcomm's
     analysis of its IPR with respect to JVT standards]

70.  Byeong-Ho Yuu
     *Sr. Patent Counsel*
     QUALCOMM Incorporated
     5775 Morehouse Drive
     San Diego, CA 92121
     Phone: (858) 587-1121
     [Qualcomm's participation in and commitments to ETSI]

71.  Broadcom Corporation, its subsidiaries and its employees
     16215 Alton Parkway
     Irvine, California USA 92618
     [Broadcom's practices and policies respecting, and commitments to,
     standards development organizations; Broadcom's wireless
     communications business and strategy; Licensing discussions between
     Broadcom and Qualcomm; Discussions between Broadcom and other
     wireless communications industry participants concerning Qualcomm or
     the adoption by ETSI of the WCDMA standard; Broadcom's attempts to
     design, develop, manufacture, market and sell chipset solutions
     implementing or compliant with the WCDMA standard; Broadcom's
     policies and practices with respect to licensing; Broadcom's ability or
     inability fairly to compete in the market for wireless communications
     chipset solutions; Broadcom's policies and practices with respect to the
     sales of ASICs (for any application), including bundling and rebate
     practices; and Broadcom's motivation in bringing this action]

EXHIBIT 3 PAG. 183

**A.ii.**    **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following categories of documents, copies of which are located in the

files of the persons listed in Section A above or in general Qualcomm files, may be used

by Qualcomm to support its defenses in this action:

- Documents regarding the licensing practices of wireless communications technology industry participants

- Documents regarding the IPR disclosure practices of participants in standards development organizations

- Documents regarding practices and conduct of participants in standards development organizations

- Documents regarding competition in digital video technology

- Documents regarding the licensing practices of participants in the digital video technology industry

- Documents regarding proposals to standards development organizations, and the consideration thereof by standards development organizations and their respective members or participants

- Documents regarding the relative merits of different technologies or specifications that were considered by standards development organizations

- Documents regarding the relative merits of various vendors' wireless application-specific integrated circuits

These documents are likely to be located at Qualcomm's San Diego

campus and at its offices at 9 Damon Mill Square - Suite 2A, Concord, MA 01742-2864.

As Qualcomm has previously advised plaintiff, some of the documents

requested by plaintiff exist in an electronic form. Some of the documents that Qualcomm

may use to support its claims or defenses exist in an electronic form, but Qualcomm does

not currently expect to use them in that form to support its claims or defenses.

EXHIBIT 3 PAGE 184

A.iii.   A computation of any category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

　　　　None known at this time.

A.iv.   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

　　　　No such agreements exist.

December 21, 2007

　　　　　　　　　　CRAVATH, SWAINE & MOORE LLP,

　　　　　　　　　by

　　　　　　　　　　　Evan R. Chesler
　　　　　　　　　　　Peter T. Barbur
　　　　　　　　　　　Elizabeth L. Grayer
　　　　　　　　　　　Karin A. DeMasi

　　　　　　　　　　Worldwide Plaza
　　　　　　　　　　　825 Eighth Avenue
　　　　　　　　　　　　New York, NY 10019-7475
　　　　　　　　　　　　　(212) 474-1000

　　　　　　　　　　MCCARTER & ENGLISH, LLP
　　　　　　　　　　William J. O'Shaughnessy (WJO 5256)
　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　(973) 622-4444

*Attorneys for Defendant*

EXHIBIT ___ PAGE ___