1  EVAN R. CHESLER (*pro hac vice*)
   PETER T. BARBUR (*pro hac vice*)
2  ELIZABETH L. GRAYER (*pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: (619) 699-2700
9  Facsimile: (619) 699-2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12                  UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  JESSE MEYER, an individual, on his own behalf and on behalf of all similarly 15  situated, | Case No. 08cv0655-WQH (LSP) |
| 16           Plaintiff, | **SUPPLEMENTAL DECLARATION OF DUANE L. LOFT IN SUPPORT OF QUALCOMM'S MOTION TO TRANSFER** |
| 17    v. | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| 18  QUALCOMM INCORPORATED, a Delaware corporation, 19           Defendant. | Date:   June 2, 2008 Time:   11:00 a.m. Judge:  Hon. William Q. Hayes |

20

21

22        I, DUANE L. LOFT, declare under penalty of perjury as follows:

23        1.    I am associated with Cravath, Swaine & Moore LLP, counsel for Defendant

24  Qualcomm Incorporated ("Qualcomm") in the above-captioned action. I am a member of the bar

25  of the State of New York and have been appointed pro hac vice to appear before this Court in this

26  action. I submit this supplemental declaration in support of Qualcomm's Motion to Transfer

27  pursuant to 28 U.S.C. § 1404(a).

28  /////

DLA PIPER US LLP
SAN DIEGO

SD\1817219.1

-1-

08cv0655-WQH (LSP)

2.    I also represent Qualcomm in the action captioned *Broadcom Corp. v. Qualcomm Inc.*, No. 05-CV-3350 (D.N.J.) (the "NJ Action"), and have personal knowlege of the following.

3.    On July 1, 2005, Broadcom Corporation ("Broadcom") filed its initial complaint in the NJ Action and, on September 19, 2005, filed its First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit 1.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a letter dated July 11, 2005, sent by counsel for Broadcom to the Honorable John W. Bissell, Chief Judge of the United States District Court for the District of New Jersey, concerning the NJ Action.

I make this Declaration based upon my own personal knowledge and, if called upon as a witness, would tesify competently to the matters stated herein.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 23, 2008, in New York, New York.

DUANE L. LOFT

DLA PIPER US LLP
SAN DIEGO

SD\1817219.1

08cv0655-WQH (LSP)