EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (LSP)<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On May 23, 2008, I served the within documents:

1. Qualcomm Incorporated's Reply Memorandum in Further Support of its Motion to Transfer;

2. Supplemental Declaration of Duane L. Loft in Support of Qualcomm's Motion to Transfer

[X] by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) specified in Exhibit B below on this date before 5:00 p.m.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Alan Himmelfarb, Esq.
KamberEdelson, LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson, Esq. *(via UPS Overnight)*
Eathan Preston, Esq.
KamberEdelson, LLC
The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604
(312) 589-6370

Karin E. Fisch, Esq. *(via UPS Overnight)*
Orin Kurtz, Esq.
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

DLA PIPER US LLP
SAN DIEGO

SD\1815729.1

-1-

08 CV 0655 WQH(LSP)

1  I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2  Executed on May 23, 2008, at San Diego, California.

*Debby Brady*
Debby Brady