EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (LSP)<br><br>**QUALCOMM INCORPORATED'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date: July 14, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes |

PLEASE TAKE NOTICE that on Monday, July 14, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant Qualcomm Incorporated will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing this action with prejudice.

The motion is based upon this Notice of Motion and Motion, and the supporting Memorandum of Points and Authorities filed concurrently herewith, and upon such other matters as the Court deems proper.

Dated: June 2, 2008

DLA PIPER US LLP

By /s/ William S. Boggs

william.boggs@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED