Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON, LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696
ahimmelfarb@kamberedelson.com

Jay Edelson
Ethan Preston
KAMBEREDELSON, LLC
The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604
(312) 589-6370

Karin E. Fisch
Orin Kurtz
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | No. 08cv655-WQH(LSP)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 FOR CONTINUANCE OF QUALCOMM INCORPORATED'S MOTION TO DISMISS** |

Plaintiff Jesse Meyer ("Meyer"), in accordance with Civil Local Rule 7.2, jointly moves the Court with Defendant QUALCOMM Incorporated ("Qualcomm") to enter an Order continuing Qualcomm's Motion to Dismiss Meyer's Class Action Complaint ("Complaint") until July 28, 2008. Pursuant to ordinary operation of Civil Local Rule 7.1(e)(2), this will extend Meyer's time for filing his Opposition to Qualcomm's Motion to July 14, 2008. In support of this joint motion, Meyer states as follows:

1.      Meyer filed and served his Complaint on Qualcomm on Friday, April 11,

2008.

2.    Qualcomm filed a Motion to Transfer this case to the District of New Jersey on May 1, 2008.

3.    Meyer filed his sixteen-page Opposition to Qualcomm's Motion to Transfer on May 19, 2008.

4.    Qualcomm filed its Motion to Dismiss on June 2, 2008.

5.    Pursuant to Civil Local Rule 7.1(e)(2), Meyer's Opposition to Qualcomm's Motion to Dismiss is currently due on June 30, 2008.

6.    Complications arising from a motion for preliminary approval of a settlement under Rule 23(e) before another court have greatly reduced and restricted the time for the attorneys tasked with drafting the Meyer's Opposition to Qualcomm's Motion to Dismiss to respond to Qualcomm's Motion.

7.    If Qualcomm's Motion is continued to July 28, the time Meyer to file his Opposition to the Motion will be extended by operation of Civil Local Rule 7.1(e)(2) to July 14, 2008.

8.    Meyer has not previously requested an extension of time in this case.

9.    Qualcomm does not oppose the requested extension of time.

10.    This Court has the authority, "for good cause shown," to order an extension of time "with or without motion or notice." Fed. R. Civ. P. 6(b)(1)(A).

WHEREFORE, for good cause shown, Meyer respectfully requests the Court to enter an Order continuing Qualcomm's Motion to Dismiss Meyer's Complaint ("Complaint") until July 28, 2008 and, pursuant to the ordinary operation of Civil Local Rule 7.1(e)(2), extending Meyer's time for filing his Opposition to Qualcomm's Motion to July 14, 2008.

Date:    June 26, 2007

By: s/Alan Himmelfarb

Alan Himmelfarb (Cal. Bar. No. 90480)
KAMBEREDELSON, LLC
2757 Leonis Blvd.
Los Angeles, CA 90058
(323) 585-8696

| | |
|---|---|
| 1 | ahimmelfarb@kamberedelson.com |
| 2 | Jay Edelson |
| | Ethan Preston |
| 3 | KAMBEREDELSON, LLC |
| | The Monadnock Building |
| 4 | 53 West Jackson, Suite 550 |
| | Chicago, IL 60604 |
| 5 | (312) 589-6370 |
| 6 | Karin E. Fisch |
| | Orin Kurtz |
| 7 | ABBEY SPANIER RODD & ABRAMS, LLP |
| | 212 East 39th Street |
| 8 | New York, NY 10016 |
| | (212) 889-3700 |

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that I served the Joint Motion Pursuant to Civil Local Rule 7.2 for Continuance of QUALCOMM Incorporated's Motion to Dismiss in the foregoing case upon the parties listed below by causing the foregoing document to be transmitted to the Electronic Filing System in the manner prescribed by the Court's Electronic Case Filing Administrative Policies and Procedures Manual on June 26, 2008:

| | |
|---|---|
| William S Boggs<br>Brian A Foster<br>Christopher James Beal<br>Timothy Scott Blackford<br>DLA Piper Rudnick Gray Cary<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297 | Karl C. Huth<br>Duane L Loft<br>Elizabeth L. Grayer<br>Evan R Chesler<br>Peter T. Barbur<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| *Attorneys for QUALCOMM Incorporated* | *Attorneys for QUALCOMM Incorporated* |

Date:   June 26, 2008

By: s/Alan Himmelfarb
ALAN HIMMELFARB