EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (LSP)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 FOR CONTINUANCE OF QUALCOMM'S MOTION TO DISMISS**<br><br>Judge:   Hon. William Q. Hayes |

Defendant QUALCOMM Incorporated ("Qualcomm"), in accordance with Civil Local Rules 7.2 and 12.1, jointly moves the Court with Plaintiff Jesse Meyer ("Meyer") to enter an Order continuing until August 4, 2008, the return date on Qualcomm's Motion to Dismiss Meyer's Complaint. Pursuant to ordinary operation of Civil Local Rule 7.1(e)(3), this will extend until July 28, 2008, Qualcomm's deadline for filing its Reply in Further Support of its Motion to Dismiss. In support of this joint motion, Qualcomm states as follows:

1. Meyer filed his Complaint on April 10, 2008, and subsequently served the Complaint on Qualcomm on April 11, 2008.

1    2. Qualcomm filed its Motion to Dismiss on June 2, 2008.

2    3. On June 26, 2008, Meyer moved jointly with Qualcomm for an Order continuing Qualcomm's Motion to Dismiss until July 28, 2008. The joint motion was granted.

4. Meyer does not oppose the request for an additional continuance.

5. This extension will allow Qualcomm sufficient opportunity to reply to the arguments made in Meyer's Opposition to Qualcomm's Motion to Dismiss.

6. This Court has the authority, "for good cause shown", to order an extension of time "with or without motion or notice". Fed. R. Civ. P. 6(b)(1).

WHEREFORE, for good cause shown, Qualcomm respectfully requests the Court to enter an Order continuing until August 4, 2008, the return date on Qualcomm's Motion to Dismiss Meyer's Complaint and, pursuant to ordinary operation of Civil Local Rule 7.1(e)(3), extending until July 28, 2008, Qualcomm's deadline for filing its Reply in Further Support of its Motion to Dismiss.

Dated: July 17, 2008    DLA PIPER US LLP

By /s/ Timothy S. Blackford

tim.blackford@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED

/////
/////
/////
/////
/////
/////

| | | |
|---|---|---|
| 1 | Dated: July 17, 2008 | KAMBEREDELSON, LLC |

By /s/ Alan Himmelfarb

   ahimmelfarb@kamberedelson.com

KAMBEREDELSON, LLC
Jay Edelson
Ethan Preston

ABBEY SPANIER RODD & ABRAMS, LLP
Karin E. Fisch
Orin Kurtz

Attorneys for Plaintiff
JESSE MEYER

**Certification regarding signatures:** I hereby attest that all of the signatories to this document have approved its content.

By:   /s/ Timothy S. Blackford