FILED

2008 JUL 23 AM 8:53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | CASE NO. 08cv655 WQH (LSP)<br><br>**ORDER** |

HAYES, Judge:

The "Joint Motion pursuant to Civil Local Rule 7.2 for Continuance of Qualcomm's Motion to Dismiss" (Doc. # 27) is **GRANTED**. The hearing date for the Motion to Dismiss is continued to August 4, 2008. Qualcomm shall file its Reply on or before July 28, 2008.

Dated: 7/22/08

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE