EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation,<br><br>Defendant. | Case No. 08cv0655-WQH (LSP)<br><br>**QUALCOMM INCORPORATED'S SUPPLEMENTAL NOTICE OF RELATED CASE**<br><br>Judge:   Hon. William Q. Hayes |

1   Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this supplemental
2   notice of related case pursuant to Local Rule 40.1(e).
3   On April 17, 2008, Qualcomm submitted a notice of related case regarding *Broadcom
4   Corp. v. Qualcomm Inc.*, No. 05cv03350 (D.N.J.) ("3350"), then pending before Judge Cooper of
5   the New Jersey District Court. (Dkt. No. 6.) On August 12, 2008, Judge Cooper granted
6   Broadcom Corporation's motion to transfer the 3350 case to the United States District Court for
7   the Southern District of California. A copy of Judge Cooper's memorandum opinion is attached
8   as Exhibit A.
9   Upon transfer, the 3350 case should be assigned to this Court as a related case under Local
10  Rule 40.1. Under that rule, "[a]n action or proceeding is related to another action or proceeding
11  where both of them: (1) Involve some of the same parties and are based on the same or similar
12  claims, or (2) Involve the same property, transaction, or event, or (3) Involve substantially the
13  same facts and the same questions of law." Local Rule 40.1(f). The 3350 case is "related" under
14  any of these standards.
15  The 3350 case—like the instant *Meyer* case—is an antitrust case against Qualcomm in
16  which the plaintiffs assert claims under the Sherman Act and California's Unfair Competition
17  Law. The 3350 and *Meyer* plaintiffs also assert the same primary theory of liability—namely,
18  that Qualcomm has monopolized certain markets and charged supracompetitive royalties for
19  wireless technology by deceiving a private standards-determining organization known as "ETSI"
20  into choosing to incorporate Qualcomm's patented technology within a third-generation cellular
21  standard called "UMTS." *See Broadcom Corp. v. Qualcomm Inc.*, 501 F.3d 297 (3d Cir. 2007).
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

Given their factual and legal similarities, the 3350 and *Meyer* cases should be treated as "related" under Local Rule 40.1(f).

Dated: August 13, 2008

DLA PIPER US LLP

By /s/ William S. Boggs

william.boggs@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED