# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I filed the foregoing **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Christopher James Beal**
  debby.brady@dlapiper.com,cris.beal@dlapiper.com
- **Timothy Scott Blackford**
  debby.brady@dlapiper.com,tim.blackford@dlapiper.com
- **William S Boggs**
  william.boggs@dlapiper.com,bonnie.lott@dlapiper.com
- **Brian A Foster**
  brian.foster@dlapiper.com,joyce.graham@dlapiper.com
- **Alan Himmelfarb**
  consumerlaw1@earthlink.net,epreston@kamberedelson.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 10th day of September, 2008 to the following listed addresses.

Jay Edelson
Ethan Preston
KAMBER EDELSON, LLC
The Monadnock Building
53 West Jackson, Suite 550
Chicago, IL 60604

Karin E. Fisch
Orin Kurtz
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, NY 10016

*/s/ Kendra A. Jones*
Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

603020 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 08CV0655 WQH (LSP)
CERTIFICATE OF SERVICE